MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel:	(702) 362-8500
Fax:	(702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorney for Defendants Mark Steyn and Mark Steyn Enterprises, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| CARY KATZ, an individual | Case No. 2:18-cv-00997-JAD-GWF |
| Plaintiff, | |
| v. | |
| MARK STEYN, an individual; MARK STEYN ENTERPRISES, INC., a New Hampshire corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

## SUBSTITUTION OF ATTORNEY

Defendants Mark Steyn and Mark Steyn Enterprises, Inc. hereby substitute Melanie A. Hill with Melanie Hill Law PLLC at the address of 520 S. 7th Street, Suite A, Las Vegas, Nevada 89101 with telephone number (702) 362-8500, as attorney of record and local counsel in place and stead of Alan J. Lefebvre.

Dated this 22nd day of October, 2018.

/s/ Mark Steyn
MARK STEYN

/s/ Mark Steyn
MARK STEYN ENTERPRISES, INC.
By: Mark Steyn
Its: President

Alan J. Lefebvre with Kolesar & Leatham does hereby consent to the substitution of Melanie A. Hill with Melanie Hill Law PLLC in his place and stead as attorney of record for Defendants Mark Steyn and Mark Steyn Enterprises, Inc.

Dated this 22nd day of October, 2018.

/s/ Alan J. Lefebvre
ALAN J. LEFEBVRE

I, Melanie A. Hill with Melanie Hill Law PLLC, am duly admitted to practice in this District and do hereby accept the above substitution of attorney for Defendants Mark Steyn and Mark Steyn Enterprises, Inc.

Dated this 22nd day of October, 2018.

/s/ Melanie A. Hill
MELANIE A. HILL

Please check one: __XX__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

Dated this 23rd day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE