UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARY KATZ,<br><br>　　　　Plaintiff,<br>v.<br>MARK STEYN, *et al.*,<br><br>　　　　Defendants. | Case No. 2:18-cv-00997-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Emergency Motion for Extension of Supplemental Expert Report Deadline (ECF No. 44), filed on January 25, 2019. Defendant filed his Opposition (ECF No. 45) on January 28, 2019.

Plaintiff requests a three (3) day extension to the supplemental expert report deadline due to the expert's availability and scheduling. Defendant argues that Plaintiff's emergency motion is deficient and requests sanctions for having to file a response. Three days is a modest extension of time and the parties should have been able to reach a resolution between themselves. The Court finds good cause to grant Plaintiff's request for an extension and denies Defendant's request for sanctions. The Court, therefore, grants Plaintiff's emergency motion and the supplemental expert report deadline is extended to **February 1, 2019**. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion for Extension of Supplemental Expert Report Deadline (ECF No. 44) is **granted**.

Dated this 28th day of January, 2019.

*George Foley Jr.*
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE