MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, Nevada 89101
Tel:  (702) 362-8500
Fax:  (702) 362-8505
Email:  Melanie@MelanieHillLaw.com

MICHAEL D. MURPHY, ESQ. (*ADMITTED PRO HAC VICE*)
California Bar No. 224678
**ERVIN COHEN & JESSUP LLP**
8401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212
Tel:  (310) 273-6333
Fax:  (310) 859-2325
Email:  mmurphy@ejclaw.com

Attorneys for Defendants
MARK STEYN and MARK STEYN
ENTERPRISES (US) INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARY KATZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARK STEYN, an individual; MARK STEYN ENTERPRISES (US) INC., a New Hampshire corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:18-cv-00997-JAD-GWF<br><br>**STIPULATION AND ORDER TO MOVE HEARING ON COLLEGE LOAN CORPORATION'S EMERGENCY MOTION TO QUASH SUBPOENA, FOR A PROTECTIVE ORDER, AND FOR ATTORNEYS' FEES AND COSTS [ECF No. 31]** |

Defendants Mark Steyn and Mark Steyn Enterprises (US) Inc. (collectively, "Defendants"), by and through their counsel of record Melanie A. Hill, Esq. of MELANIE HILL LAW PLLC and Michael D. Murphy, Esq. of ERVIN COHEN & JESSUP LLP, Plaintiff Cary Katz, by

and through his counsel of record Andrew A. August of BROWNE GEORGE ROSS LLP and Jeffrey A. Bendavid and Stephanie J. Smith of MORAN BRANDON BENDAVID MORAN, and Third Party Witness and Non-Party College Loan Corporation, by and through their counsel Christopher S. Connell of CONNELL LAW hereby file this Stipulation and Order to Move the Hearing on College Loan Corporation's Emergency Motion to Quash Subpoena, for a Protective Order, and for Attorneys' Fees and Costs [ECF No. 31] (hereinafter "Emergency Motion") as follows:

IT IS HEREBY STIPULATED that the hearing be moved one week from Monday, February 4, 2019 at 9:30 a.m. to Monday, February 11, 2019 at 10:30 a.m. to accommodate a scheduling conflict with Defendants' counsels' schedule.

DATED this 31st day of January, 2019.

| MORAN BRANDON BENDAVID MORAN | MELANIE HILL LAW PPLC |
|---|---|
| /s/ Stephanie J. Smith<br>Jeffrey A. Bendavid, Esq.<br>Nevada Bar No. 6220<br>Stephanie J. Smith, Esq.<br>Nevada Bar No. 11280<br>630 South 4th Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff<br>Cary Katz | /s/ Melanie A. Hill<br>Melanie A. Hill, Esq.<br>Nevada Bar No. 8796<br>520 S. 7th Street, Suite A<br>Las Vegas, NV 89101<br>Attorneys for Defendants Mark Steyn, and Mark Steyn Enterprises (US), Inc. |
| BROWNE GEORGE ROSS LLP | ERVIN COHEN & JESSUP LLP |
| /s/ Andrew A. August<br>Andrew A. August, Esq.<br>California Bar No. 112851<br>Benjamin D. Scheibe, Esq.<br>California Bar No. 101327<br>101 California St., Ste 1225<br>San Francisco, CA 94111<br>Attorneys for Plaintiff<br>Cary Katz | /s/ Michael D. Murphy<br>Michael D. Murphy, Esq.<br>California Bar No. 224678<br>8401 Wilshire Boulevard, Ninth Floor<br>Beverly Hills, CA 90212<br>Attorneys for Defendants<br>Attorneys for Defendants Mark Steyn and Mark Steyn Enterprises (US) Inc. |

16602.2:9392439.1

2

STIPULATION AND ORDER TO MOVE HEARING ON COLLEGE LOAN CORPORATION'S EMERGENCY MOTION TO QUASH SUBPOENA, FOR A PROTECTIVE ORDER, AND FOR ATTORNEYS' FEES AND COSTS [ECF No. 31]

**CONNELL LAW**

/s/ Christopher S. Connell
Christopher S. Connell, Esq.
Nevada Bar No. 12720
6671 Las Vegas Blvd., Suite 210, Las Vegas, NV 89102
Attorney for Third Party Witness and Non-Party College Loan Corporation

**IT IS SO ORDERED.**

_____
George W. Foley
UNITED STATES MAGISTRATE JUDGE

Dated: 2/1/2019

16602.2:9392439.1

3

STIPULATION AND ORDER TO MOVE HEARING ON COLLEGE LOAN CORPORATION'S EMERGENCY MOTION TO QUASH SUBPOENA, FOR A PROTECTIVE ORDER, AND FOR ATTORNEYS' FEES AND COSTS [ECF No. 31]