1  MORAN BRANDON BENDAVID MORAN
   Jeffery A. Bendavid (Nevada Bar No. 6220)
2     j.bendavid@moranlawfirm.com
   Stephanie J. Smith (Nevada Bar No. 11280)
3     s.smith@moranlawfirm.com
4  630 South 4th Street
   Las Vegas, Nevada  89101
5  Telephone:  (702) 384-8424

6  BROWNE GEORGE ROSS LLP
   Eric M. George (CA State Bar No. 166403) *(Admitted Pro Hac Vice)*
7     egeorge@bgrfirm.com
   Benjamin D. Scheibe (CA State Bar No. 101327) *(Admitted Pro Hac Vice)*
8     bscheibe@bgrfirm.com
9  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
10 Telephone: (310) 274-7100
   Facsimile: (310) 275-5697
11
   BROWNE GEORGE ROSS LLP
12 Andrew A. August (CA State Bar No. 112851) *(Admitted Pro Hac Vice)*
      aaugust@bgrfirm.com
13 101 California Street, Suite 1225
   San Francisco, California 94111
14 Telephone: (415) 391-7100
   Facsimile: (415) 391-7198
15

16 Attorneys for Plaintiff Cary Katz

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARY KATZ, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>MARK STEYN, an individual; MARK STEYN ENTERPRISES, INC., a New Hampshire corporation; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 2:18-CV-00997-JAD-GWF<br>Hon. Jennifer A. Dorsey, Courtroom 6D<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL DISCOVERY**<br><br>Judge:    Hon. Jennifer A. Dorsey, Courtroom 6D<br><br>Trial Date:  None Set |

1    Plaintiff CARY CATZ, by and through his counsel of record Andrew A. August of
2 BROWNE GEORGE ROSS LLP and Jeffrey A. Bendavid and Stephanie J. Smith of MORAN BRANDON
3 BENDAVID MORAN and Defendants Mark Steyn and Mark Steyn Enterprises (US) Inc. (collectively
4 "Defendants"), by and through their counsel of record Melanie A. Hill of MELANIE HILL LAW
5 PLLC and Michael D. Murphy of ERVIN COHEN & JESSUP LLP file this Stipulation and Order to
6 Continue Hearing on Defendants' Motion to Compel Discovery as follows:
7    IT IS HEREBY STIPULATED that the hearing be moved from Friday, May 17, 2019 at
8 10:30 a.m. to May 24, 2019 at 2:30 p.m. to accommodate a scheduling conflict with Plaintiff's
9 counsel.

Dated: May 2, 2019        **MORAN BRANDON BENDAVID MORAN**

　　　　　　　　　　　　　　 /s/ *Stephanie J. Smith*
　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　JEFFERY A. BENDAVID, ESQ.
　　　　　　　　　　　　　　Nevada Bar No. 6220
　　　　　　　　　　　　　　STEPHANIE J. SMITH, ESQ.
　　　　　　　　　　　　　　Nevada Bar No. 11280
　　　　　　　　　　　　　　630 S. Fourth Street
　　　　　　　　　　　　　　Las Vegas, Nevada 89101
　　　　　　　　　　　　　　(702) 384-8424

Dated: May 2, 2019        **BROWNE GEORGE ROSS LLP**

　　　　　　　　　　　　　　 /s/ *Andrew A. August*
　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　ERIC M. GEORGE, ESQ.
　　　　　　　　　　　　　　CA State Bar No. 166403 *(Admitted Pro Hac Vice)*
　　　　　　　　　　　　　　BENJAMIN D. SCHEIBE, ESQ.
　　　　　　　　　　　　　　CA State Bar No. 101327 *(Admitted Pro Hac Vice)*
　　　　　　　　　　　　　　2121 Avenue of the Stars, Suite 2800
　　　　　　　　　　　　　　Los Angeles, California 90067
　　　　　　　　　　　　　　(310) 274-7100

　　　　　　　　　　　　　　ANDREW A. AUGUST, ESQ.
　　　　　　　　　　　　　　CA State Bar No. 112851 *(Admitted Pro Hac Vice)*
　　　　　　　　　　　　　　101 California Street, Suite 1225
　　　　　　　　　　　　　　San Francisco, California 94111
　　　　　　　　　　　　　　(415) 391-7100

　　　　　　　　　　　　　　*Attorneys for Plaintiff Cary Katz*

Dated: May 2, 2019

**MELANIE HILL LAW PLLC**

/s/ *Melanie A. Hill*
MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
520 S. 7th Street, Suite A
Las Vegas, Nevada 89101
(702) 362-8500

Dated: May 2, 2019

**ERVIN COHEN & JESSUP LLP**

/s/ *Michael D. Murphy*
MICHAEL D. MURPHY, ESQ.
CA State Bar No. 224678 *(Admitted Pro Hac Vice)*
8401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
(310) 273-6333

*Attorneys for Defendants Mark Steyn and Mark Steyn Enterprises (US) Inc.*

**IT IS SO ORDERED.**

Hon. George w. Foley
UNITED STATES MAGISTRATE JUDGE

DATED: 5/3/2019