MORAN BRANDON BENDAVID MORAN
Jeffery A. Bendavid (Nevada Bar No. 6220)
　j.bendavid@moranlawfirm.com
Stephanie J. Smith (Nevada Bar No. 11280)
　s.smith@moranlawfirm.com
630 South 4th Street
Las Vegas, Nevada  89101
Telephone:  (702) 384-8424

BROWNE GEORGE ROSS LLP
Eric M. George (CA State Bar No. 166403) *(Admitted Pro Hac Vice)*
　egeorge@bgrfirm.com
Benjamin D. Scheibe (CA State Bar No. 101327) *(Admitted Pro Hac Vice)*
　bscheibe@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

BROWNE GEORGE ROSS LLP
Andrew A. August (CA State Bar No. 112851) *(Admitted Pro Hac Vice)*
　aaugust@bgrfirm.com
101 California Street, Suite 1225
San Francisco, California 94111
Telephone: (415) 391-7100
Facsimile: (415) 391-7198

Attorneys for Plaintiff Cary Katz

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARY KATZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARK STEYN, an individual; MARK STEYN ENTERPRISES, INC., a New Hampshire corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-CV-00997-JAD-GWF<br>Hon. Jennifer A. Dorsey, Courtroom 6D<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF CARY KATZ'S DEADLINE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION (1) TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO INTERROGATORIES, AND (2) FOR EVIDENCE AND MONEY SANCTIONS**<br><br>Trial Date:  None Set |

1  Plaintiff CARY CATZ, by and through his counsel of record Andrew A. August of
2  BROWNE GEORGE ROSS LLP and Jeffrey A. Bendavid and Stephanie J. Smith of MORAN BRANDON
3  BENDAVID MORAN and Defendants Mark Steyn and Mark Steyn Enterprises (US) Inc. (collectively
4  "Defendants"), by and through their counsel of record Melanie A. Hill of MELANIE HILL LAW
5  PLLC and Michael D. Murphy of ERVIN COHEN & JESSUP LLP submit this Stipulation and Order to
6  allow Plaintiff additional time to file his Reply to Defendants' Opposition to Plaintiff's Motion (1)
7  to Compel Production of Documents and Further Responses to Interrogatories, and (2) for
8  Evidence and Money Sanctions as follows:

9  IT IS HEREBY STIPULATED by and between the undersigned counsel that the deadline
10 for Plaintiff to file the aforementioned Reply is extended from July 16, 2019 to and including July
11 19, 2019 to accommodate Plaintiff's counsel's need to attend to a personal, family matter.

Dated: July 12, 2019        **MORAN BRANDON BENDAVID MORAN**

   /s/ Stephanie J. Smith
JEFFERY A. BENDAVID, ESQ.
Nevada Bar No. 6220
STEPHANIE J. SMITH, ESQ.
Nevada Bar No. 11280
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424

Dated: July 12, 2019        **BROWNE GEORGE ROSS LLP**

   /s/ Andrew A. August
ERIC M. GEORGE, ESQ.
CA State Bar No. 166403 *(Admitted Pro Hac Vice)*
BENJAMIN D. SCHEIBE, ESQ.
CA State Bar No. 101327 *(Admitted Pro Hac Vice)*
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
(310) 274-7100

ANDREW A. AUGUST, ESQ.
CA State Bar No. 112851 *(Admitted Pro Hac Vice)*
101 California Street, Suite 1225
San Francisco, California 94111
(415) 391-7100

*Attorneys for Plaintiff Cary Katz*

| | | |
|---|---|---|
| Dated: July 12, 2019 | | **MELANIE HILL LAW PLLC** |

/s/ *Melanie A. Hill*
MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
520 S. 7th Street, Suite A
Las Vegas, Nevada 89101
(702) 362-8500

Dated: July 12, 2019        **ERVIN COHEN & JESSUP LLP**

/s/ *Michael D. Murphy*
MICHAEL D. MURPHY, ESQ.
CA State Bar No. 224678 *(Admitted Pro Hac Vice)*
8401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
(310) 273-6333

*Attorneys for Defendants Mark Steyn and Mark Steyn Enterprises (US) Inc.*

**IT IS SO ORDERED.**

Hon. George W. Foley
UNITED STATES MAGISTRATE JUDGE

Dated: 7/15/2019