UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARY KATZ,<br><br>　　　　　　　Plaintiff,<br>v.<br>MARK STEYN, *et al.*,<br>　　　　　　　Defendants. | Case No. 2:18-cv-00997-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Proposed Protective Order (ECF No. 151), filed on July 29, 2019.

On July 15, 2019, the Court granted, in part, and denied, in part, Plaintiff's motion for protective order. *See* ECF No. 143. The Court directed Plaintiff to file a revised proposed protective order that complied with the Court's provisions. On July 22, 2019, Plaintiff filed a revised proposed protective order. ECF No. 146. The Court reviewed the revised proposed order and instructed Plaintiff to make revisions and file another revised proposed order no later than July 29, 2019. *See* ECF No. 148.

Plaintiff's second revised proposed protective order does not comply with the Court's order. Plaintiff's counsel is instructed to review the Court's order (ECF No. 148) and file a third revised proposed protective order according to the provisions therein.

**IT IS HEREBY ORDERED** that Plaintiff shall file a third revised proposed protective order no later than **August 1, 2019**.

Dated this 30th day of July, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1